** E-filed January 27, 2010 **

1 | Ralph D. Hughes, Esq. (SBN 111641)
  | Brad Stuckey, Esq. (SBN 214971)
2 | RALPH D. HUGHES, PC
  | 4471 Stoneridge Drive, Suite B
3 | Pleasanton, CA 94588
  | Telephone: (925) 426-9200
4 | Facsimile: (925) 426-9215

5 | Attorneys for
  | Pacific Air Solutions Company

UNITED STATES DISTRICT COUNTY

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND AND THE U.S. LOCAL 393 HEALTH AND WELFARE TRUST FUND | CASE NO: C 09 04821 - HRL |
|---|---|
| Plaintiffs, | STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER |
| v. | |
| GMP MECHANICAL CONSTRUCTION CORPORATION aka PACIFIC AIR SOLUTIONS aka PACIFIC AIR SOLUTIONS SERVICE COMPANY, a California corporation, and PACIFIC AIR SOLUTIONS, a California corporation, | |
| Defendants. | |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS the complaint in this matter was filed with the Court on October 9, 2009 and at that time the Court scheduled the initial Case Management conference for February 2, 2010, and the FR Civ P 16 and 26 disclosures and reports accordingly.

WHEREAS the Plaintiffs filed a first amended complaint with the Court on December 2,

*STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER*
*CASE NO: C 09 04821 - HRL*

2009.

WHEREAS, Defendant PACIFIC AIR SOLUTIONS SERVICE COMPANY, erroneously sued as an a.k.a of GMP MECHANICAL CONSTRUCTION CORPORATION, was served with a copy of the summons and complaint on January 6, 2010, and retained counsel soon thereafter.

WHEREAS, Defendant PACIFIC AIR SOLUTIONS SERVICE COMPANY, having just been served, does not have adequate time to throughly investigate this matter and gather the necessary information so as to timely file a Rule 26(f) report, determine if ADR is appropriate, and complete its initial disclosures before the February 2, 2010 Case Management Conference.

WHEREAS the Plaintiffs have yet to serve all the Defendants in this matter and it would serve the interests of judicial economy if all parties are present and participate in the initial Case Management Conference.

NOW, THEREFORE, the parties hereby stipulate and respectfully request that the Court enter an order continuing the initial Case Management Conference, currently scheduled for February 2, 2010 until a future date convenient to the Court.

DATED: January 22, 2010     **RALPH D. HUGHES, PC**

By: /s/
Brad Stuckey, Esq.

Attorneys for Defendant
PACIFIC AIR SOLUTIONS
SERVICE COMPANY

DATED: January 21, 2010     **WYLIE, McBRIDE, PLATTEN & RENNER**

By: /s/
Mark S. Renner, Esq.

Attorneys for Plaintiffs

*STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER*
*CASE NO: C 09 04821 - HRL*

-2-

| | |
|---|---|
| 1 | I hereby attest that I have on file all holograph signatures for any signatures indicated by a |
| 2 | "conformed" signature (/s/) within this e-filed document. |
| 3 | DATED: January 14, 2010          RALPH D. HUGHES, PC |

By: _/s/_
    Brad Stuckey, Esq.

| | |
|---|---|
| 1 | <s>[PROPOSED]</s> ORDER |
| 2 | Upon review of the Stipulation and Request for Order Continuing Case Management |
| 3 | Conference submitted by the parties, through their respective counsel herein, and good cause |
| 4 | appearing therefore, |
| 5 | IT IS HEREBY ORDERED: |
| 6 | 1.   The Initial Case Management Conference set for February 2, 2010 is vacated; and |
| 7 | 2.   The Initial Case Management Conference is now scheduled |
| 8 | for __April 13, 2010__ at __1:30__ p.m., in Courtroom 2, of the United |
| 9 | States District Court, San Jose Division, located at 280 South First Street, San |
| 10 | Jose, CA 95113. |
| 11 | 3.   The parties shall adjust the dates for the conference, disclosures and report |
| 12 | required by FR Civ P 16 and 26 accordingly. |
| 13 | IT IS SO ORDERED. |
| 14 | DATED: __January 27, 2010__ |
| 15 | Hon. Howard R. Lloyd<br>United States <s>District</s> Judge<br>Magistrate |