**\*\* E-filed April 12, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND and the U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiffs,<br>v.<br><br>GMP MECHANICAL CONSTRUCTION CORPORATION aka PACIFIC AIR SOLUTIONS aka PACIFIC AIR SOLUTIONS SERVICE COMPANY, a California corporation; and PACIFIC AIR SOLUTIONS CORPORATION aka GMP MECHANICAL CONSTRUCTION CORPORATION aka PACIFIC AIR SOLUTIONS, a California corporation;<br><br>Defendants.<br>_____/ | No. C09-04821 HRL<br><br>**ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE**<br><br>[Re: Docket No. 18] |

Having considered defendants' counsel's request to appear by telephone at the case management conference set for April 13, 2010 at 1:30 p.m., and good cause appearing, the court grants the request. In so doing, the court reminds the parties that any request to appear by telephone should be filed at least one week in advance. Brad Stuckey shall initiate the call to the court via CourtCall at (866) 582-6878 just prior to the time appointed for the conference.

**IT IS SO ORDERED.**

Dated: April 12, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-04821 Notice will be electronically mailed to:**

Mark Stephen Renner     mrenner@wmprlaw.com, jchargin@wmprlaw.com

Ralph Dennis Hughes     ralphdhughes@aol.com, jbs@bstuckeylaw.com, shannon@ralphdhughes.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2