**United States District Court**
For the Northern District of California

\*\* **E-filed December 7, 2010** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND AND THE U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND,<br><br>    Plaintiffs,<br>  v.<br><br>GMP MECHANICAL CONSTRUCTION CORPORATION, a California corporation, et al.,<br><br>    Defendants. | No. C09-04821 HRL<br><br>**ORDER GRANTING DEFENDANT PACIFIC AIR SOLUTIONS SERVICE COMPANY'S UNOPPOSED MOTION FOR SUMMARY JUDGMENT**<br><br>[Re: Docket No. 23] |

On November 8, 2010, Defendant Pacific Air Solutions Service Company ("PASSC") moved the Court for an order granting summary judgment on all claims against it. On November 23, Plaintiffs filed a Notice of Non-Opposition to PASSC's motion. As such, the Court GRANTS PASSC's motion as to all of Plaintiffs' claims against it. The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

Dated: December 7, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-04821 HRL** N**otice will be electronically mailed to:**

Mark Stephen Renner  mrenner@wmprlaw.com, jchargin@wmprlaw.com
Ralph Dennis Hughes  ralphdhughes@aol.com, jbs@bstuckeylaw.com,
shannon@ralphdhughes.com

**5:09-cv-04821-HRL Please see [General Order 45 Section IX C.2 and D](); Notice has NOT been electronically mailed to:**

Brad Stuckey
Ralph D. Hughes PC
4471 Stoneridge Drive
Suite B
Pleasanton, CA 94588

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**