**\*\* E-filed December 7, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND AND THE U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>GMP MECHANICAL CONSTRUCTION CORPORATION, a California corporation, et al.,<br><br>　　　　Defendants. | No. C09-04821 HRL<br><br>**ORDER VACATING DECEMBER 14, 2010 HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**<br><br>**[Re: Docket No. 26]** |

　　Pursuant to Civil Local Rule 7-1(b), Plaintiffs' motion for default judgment (Docket No. 26) is deemed suitable for determination without oral argument, and the December 14, 2010 hearing is VACATED.

　　**IT IS SO ORDERED.**

Dated: December 7, 2010

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**C09-04821 HRL Notice will be electronically mailed to:**

Mark Stephen Renner        mrenner@wmprlaw.com, jchargin@wmprlaw.com

Ralph Dennis Hughes        ralphdhughes@aol.com, jbs@bstuckeylaw.com, shannon@ralphdhughes.com

**5:09-cv-04821-HRL Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

Brad Stuckey
Ralph D. Hughes PC
4471 Stoneridge Drive
Suite B
Pleasanton, CA 94588

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**